NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TIMOTHY WAYNE STEMEN,                )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D17-3453
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Timothy Wayne Stemen, pro se.


PER CURIAM.

        Appellant's notice of appeal and initial brief are treated as a petition for writ

of certiorari and denied.  See Dorsey v. State, 30 So. 3d 707 (Fla. 2d DCA 2010).


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.